UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZENITH COLOR COMMUNICATIONS GROUP, INC., et al., <br><br>                      Plaintiffs,<br><br>-against-<br><br>CITIBANK, N.A.,<br><br>                      Defendant. | 23-cv-3587 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      One week ago, the Court contacted the parties in this case by e-mail, requesting them to correct the deficient voluntary dismissal filed in this case (Dkt. 6). Unfortunately, the Court has received no response from the parties. The parties are hereby ordered to correct the deficient filing on or before August 21, 2023. Defendant's counsel is ordered to immediately contact Plaintiffs' counsel (who has not appeared in this removed action) and coordinate with Plaintiffs' counsel to correct the deficient filing. Absent compliance by the parties, a pre-trial conference will be held on Friday, August 25, 2023, at 5:00 pm ET, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007, to address the schedule for proceedings in this case.

      SO ORDERED.

Dated: August 18, 2023
       New York, New York

                                                                    ARUN SUBRAMANIAN
                                                        United States District Judge